**Entered on Docket**
**February 19, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: February 19, 2026**

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>MART ALBERT HAITJEMA and ELAINE WAIYIN CHOW,<br><br>Debtors. | Case No. 25-30702 HLB<br><br>Chapter 7 |
| GEORGE YU and FRANCES HO,<br><br>Plaintiffs,<br>v.<br><br>MART ALBERT HAITJEMA and ELAINE WAIYIN CHOW,<br><br>Defendants. | Adv. Proc. No. 25-3074 HLB |

**JUDGMENT**

This proceeding having come before the court on Defendants/Debtors Mart Albert Haitjema ("MAH") and Elaine Waiyin Chow's ("EWC") "Motion to Dismiss Adversary Complaint; Motion for More Definite Statement; Motion for Summary Judgment,"[1] and the court having entered an order[2] construing the Motion as one under

[1] Dkt. 6 (the "Motion").

[2] Dkt. 14.

Civil Rule 56/Bankruptcy Rule[3] 7056 and granting summary judgment in favor of MAH and EWC for the reasons stated in an uncontested Tentative Ruling issued February 17, 2026,[4] the court hereby enters **JUDGMENT** in favor of MAH and EWC. The Clerk of Court shall close this proceeding in the ordinary course of business.

****END OF ORDER****

[3] Unless otherwise indicated, all statutory citations shall refer to Title 11 of the United States Code (the "Bankruptcy Code"). Similarly, all citations to a "Bankruptcy Rule" shall refer to one of the Federal Rules of Bankruptcy Procedure and all citations to a "Civil Rule" shall refer to one of the Federal Rules of Civil Procedure.

[4] Dkt. 13.



Case: 25-03074 Doc# 15 Filed: 02/19/26 Entered: 02/19/26 16:59:36 Page 2 of 3

**Court Service List**